# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 11-1189                                         September Term, 2014

EPA-76FR15456
EPA-78FR9112

Filed On: November 5, 2014

Solvay USA Inc.,
    Petitioner

    v.

Environmental Protection Agency,
    Respondent

------------------------------

Metals Industries Recycling Coalition, et al.,
    Intervenors

------------------------------

Consolidated with 11-1192, 11-1202,
11-1214, 11-1216, 11-1217, 11-1220,
11-1221, 11-1223, 11-1224, 11-1226,
11-1227, 11-1228, 11-1232, 11-1233,
11-1235, 11-1238, 13-1152, 13-1156,
13-1157, 13-1158, 13-1159, 13-1160,
13-1162, 13-1164, 13-1165

**O R D E R**

    Upon consideration of the unopposed motion to clarify the Clerk's order filed October 15, 2014, it is

    **ORDERED** that the motion be granted. Issues 2 and 3 in the Joint Brief of Industry Petitioners, see Joint Br. of Industry Pet'rs at 1, have been severed from No. 11-1189, et al. The issues assigned to No. 14-1201 are movants' challenges related to any classification of construction and demolition wood, railroad ties, and paper recycling residuals as waste; the issues assigned to No. 14-1202 are movants' challenges to any classification of other treated wood as waste. To avoid confusion, the Clerk is directed to re-caption No. 14-1202 as Treated Wood Council, et al. v. EPA. It is

    **FURTHER ORDERED** that the other provisions of the court's October 15, 2014 order remain in effect.

                                                              FOR THE COURT:
                                                               Mark J. Langer, Clerk

                                   BY:    /s/
                                                               Robert J. Cavello
                                                               Deputy Clerk