ORAL ARGUMENT NOT YET SCHEDULED

# UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |  |
|---|---|---|
| | ) | |
| AMERICAN FOREST & PAPER ASSOCIATION, *et al.*, | ) ) ) | |
| | ) | |
| *Petitioners*, | ) | |
| | ) | |
| v. | ) | Case No. 14-1201 |
| | ) | |
| ENVIRONMENTAL PROTECTION AGENCY, | ) ) ) | |
| | ) | |
| *Respondent*. | ) ) | |

## TREATED WOOD COUNCIL AND RAILWAY TIE ASSOCIATION'S
## NOTICE OF INTENT TO PARTICIPATE

Pursuant to the Court's October 15, 2014, Order in *Solvay USA Inc. v. EPA*, No. 11-1189 (Document No. 1517186), Petitioners Treated Wood Council ("TWC") and Railway Tie Association ("RTA") hereby provide notice of their intent to participate in this action. TWC and RTA were petitioners in the cases consolidated as *Solvay USA Inc. v. EPA*, No. 11-1189. A corporate disclosure statement for each organization accompanies this notice.

Respectfully submitted,

/s/ Jane C. Luxton

Jane C. Luxton
Clark Hill PLC
601 Pennsylvania Ave. NW
North Building, Suite 1000
Washington, D.C. 20004
Tel: (202) 572-8674
Fax: (202) 772-0923
Email: jluxton@clarkhill.com

*Counsel for Treated Wood Council and
Railway Tie Association*

Dated: November 14, 2014

ORAL ARGUMENT NOT YET SCHEDULED

## UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AMERICAN FOREST & PAPER ASSOCIATION, *et al.*, ) <br><br> *Petitioners*, ) <br><br> v. ) <br><br> ENVIRONMENTAL PROTECTION AGENCY, ) <br><br> *Respondent*. ) | Case No. 14-1201 |

## RULE 26.1 DISCLOSURE STATEMENT OF
## TREATED WOOD COUNCIL

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and

Circuit Rule 26.1, Petitioner Treated Wood Council ("TWC") makes the following

declarations:

TWC is a not-for-profit national trade association headquartered in the

District of Columbia. TWC has no parent corporation, and no publicly held

company has a ten percent (10%) or greater ownership interest in TWC. TWC

serves as the voice of the U.S. wood treated industry in the public policy arena.

TWC is composed of 440 total member organization, including wood treaters,

preservative manufacturers, wood product producers and associate/association

members who are related to the treated wood industry.

Respectfully submitted,

/s/ Jane C. Luxton
Jane C. Luxton
Clark Hill PLC
601 Pennsylvania Ave. NW
North Building, Suite 1000
Washington, D.C. 20004
Tel: (202) 572-8674
Fax: (202) 772-0923
Email: jluxton@clarkhill.com

*Counsel for Treated Wood Council and Railway Tie Association*

Dated: November 14, 2014

ORAL ARGUMENT NOT YET SCHEDULED

**UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | | |
|---|---|---|
| AMERICAN FOREST & PAPER ASSOCIATION, *et al.*, | ) ) ) ) | |
| *Petitioners*, | ) ) ) | |
| v. | ) ) | Case No. 14-1201 |
| ENVIRONMENTAL PROTECTION AGENCY, | ) ) ) ) | |
| *Respondent*. | ) ) ) | |

**RULE 26.1 DISCLOSURE STATEMENT OF
RAILWAY TIE ASSOCIATION**

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and Circuit Rule 26.1, Petitioner Railway Tie Association ("RTA") makes the following declarations:

RTA is a not-for-profit national trade association headquartered in Fayetteville, Georgia. RTA has no parent corporation, and no publicly held company has a ten percent (10%) or greater ownership interest in RTA. RTA promotes the economical and environmentally sound use of treated wood crossties, engages in research into crosstie design, and conducts ongoing activities dealing

with sound forest management, conservation of timber resources, timber

processing, wood preservation and safety of industry workers.

Respectfully submitted,

/s/ Jane C. Luxton
Jane C. Luxton
Clark Hill PLC
601 Pennsylvania Ave. NW
North Building, Suite 1000
Washington, D.C. 20004
Tel: (202) 572-8674
Fax: (202) 772-0923
Email: jluxton@clarkhill.com

*Counsel for Treated Wood Council and*
*Railway Tie Association*

Dated: November 14, 2014

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of November, 2014, I served a copy of the above in the above-captioned case on all registered counsel through the Court's electronic filing system (CM/ECF).

/s/ Jane C. Luxton
Jane C. Luxton